# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| MARIO DONNELL MCMICHAEL, | :: | PRISONER CIVIL RIGHTS |
| Plaintiff, | :: | 42 U.S.C. § 1983 |
| | :: | |
| v. | :: | |
| | :: | |
| SHERIFF STEVE CRONIC, | :: | CIVIL ACTION NO. |
| Defendant. | :: | 2:10-CV-0140-RWS-SSC |

## ORDER FOR SERVICE OF REPORT AND RECOMMENDATION

Attached is the report and recommendation of the United States Magistrate Judge made in accordance with 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72. Let the same be filed and a copy, with a copy of this order, be served upon counsel for the parties.

Each party may file written objections, if any, to the report and recommendation within fourteen (14) days after being served with a copy of it. 28 U.S.C. § 636(b)(1). Should objections be filed, they shall specify with particularity the alleged error(s) made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the district court. If no objections are filed, the report and recommendation may be adopted as the opinion and order of the district court and any appeal of factual findings will be limited to a review

for plain error or manifest injustice. United States v. Slay, 714 F.2d 1093 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984).

The Clerk is **DIRECTED** to submit the report and recommendation with objections, if any, to the district court after expiration of the above time period.

**IT IS SO ORDERED** this 5th day of December, 2011.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge

2

AO 72A
(Rev.8/82)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| MARIO DONNELL MCMICHAEL, | :: | PRISONER CIVIL RIGHTS |
| Plaintiff, | :: | 42 U.S.C. § 1983 |
| | :: | |
| v. | :: | |
| | :: | |
| SHERIFF STEVE CRONIC, | :: | CIVIL ACTION NO. |
| Defendant. | :: | 2:10-CV-0140-RWS-SSC |

## FINAL REPORT AND RECOMMENDATION

On July 22, 2010, Plaintiff, Mario Donnell McMichael, who was then confined in the Hall County Jail in Gainesville, Georgia on charges pending in Forsyth County, submitted this pro se civil rights action challenging a policy concerning the methods by which Hall County Jail detainees may contact their attorneys. [Doc. 1]. As relief, Plaintiff sought an order that Sheriff Steve Cronic assign a "liaison person" for detainees held on charges pending in other counties and direct the attorneys for those detainees to forward their contact information for entry into the Hall County Jail telephone system. (Doc. 12 at 3-4). This matter has been submitted to the undersigned Magistrate Judge for consideration of Sheriff Cronic's motion to dismiss [Doc. 20], which is unopposed by Plaintiff. See LR 7.1B, NDGa.

Sheriff Cronic moves to dismiss this action because Plaintiff's transfer to another facility has rendered his claims moot. (Doc. 20, Def. Br. at CM/ECF p. 3). Plaintiff is now confined in the Troup County Correctional Institution in

LaGrange, Georgia. (See Docs. 18, 27). Because Plaintiff is no longer an inmate of the Hall County Jail, the Court cannot grant him the relief he seeks, and this action is now moot. See Fla. Ass'n of Rehab. Facilities, Inc. v. Fla. Dep't of Health and Rehabilitative Servs., 225 F.3d 1208, 1217 (11th Cir. 2000) ("When events subsequent to the commencement of a lawsuit create a situation in which the court can no longer give the plaintiff meaningful relief, the case is moot and must be dismissed."); McKinnon v. Talladega Cnty. Ala., 745 F.2d 1360, 1363 (11th Cir. 1984) ("[A] prisoner's transfer or release from a jail moots his individual claim for declaratory and injunctive relief.").

Accordingly, **IT IS HEREBY RECOMMENDED** that Sheriff Cronic's motion to dismiss [Doc. 20] be **GRANTED** and that this action be **DISMISSED** as moot.

The Clerk is **DIRECTED** to terminate the referral to the Magistrate Judge.

**SO RECOMMENDED**, this 5th day of December, 2011.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge

AO 72A
(Rev.8/82)