**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| MARIO DONNELL MCMICHAEL, : : : Plaintiff, : : v. : : HALL COUNTY SHERIFF'S : DEPARTMENT, *et al.*, : : Defendants. : | CIVIL ACTION NO. 2:10-CV-0140-RWS |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [28] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant Cronic's Motion to Dismiss [20] is hereby **GRANTED**, and this action is **DISMISSED**, **as moot**. The Clerk shall close the case.

**SO ORDERED**, this  3rd   day of January, 2012.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)